**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-7378**

———————————

STEPHEN M. CHRZAN, JR.,

             Plaintiff - Appellant,

    v.

PAUL G. BUTLER, JR., Chairman, NC Parole Commission; WILLIS J. FOWLER, Commissioner; ANTHONY E. RAND, Commissioner; DERRICK E. WADSWORTH, Commissioner,

             Defendants – Appellees,

        and

PATRICK L. MCCRORY, Governor; BEVERLY PERDUE,

             Defendants.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:13-ct-03156-BO)

———————————

Submitted:  January 14, 2016          Decided:  January 20, 2016

———————————

Before AGEE, WYNN, and FLOYD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Stephen M. Chrzan, Jr., Appellant Pro Se.  Jodi Harrison, NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen M. Chrzan, Jr., appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chrzan v. Butler, No. 5:13-ct-03156-BO (E.D.N.C. filed May 29, 2014; entered May 30, 2014 & July 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED